OPINION — AG — ** BOARD OF EDUCATION — ADVERTISING — CONTRACT ** QUESTION: " IT IS LEGAL FOR A BOARD OF EDUCATION (SCHOOL BOARD) TO ENTER INTO A PRIVATE CONTRACT WITH AN INDIVIDUAL TO DEMOLISH A SCHOOL BUILDING WITHOUT ADVERTISING THAT IT IS ITS INTENTION TO ENTER INTO THIS CONTRACT ? " — AFFIRMATIVE (BIDS, COMPETITIVE BIDDING, BUILDING) CITE: 70 O.S. 4-28 [70-4-28] (EXPENDITURES, IMPROVEMENTS) (J. H. JOHNSON)